# In The Civil Courts of Gwinnett County
## State of Georgia

IDC# 19046862

Shaleigh Hughes Peterson -vs- Gwinnett County Jail

Butch Conway
Gwinnett County Jail

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 29 2020
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

1:20-CV-1864

## Civil Motion For Punitive Damages

Comes now Shaleigh Delores Hughes Peterson asking the Courts to hear civil matter order 42 U.S.C 1983 where inmates deprivation of civil rights to be seen by export medical staff and community damages for Neglection of that right by the constitution and federal law.

I am currently located at Gwinnett County Jail 2900 University Parkway Lawranceville GA 30043.

When on 4-12-2020 fell from a second flight of stairs injuring Kneck, Back and rib cages areas complication of Breath, numbness in hands and feet along with headaches Back and kneck pain. I am seeking financial compensation for Punitive damages and deprivation of Professional medical care. All that was given was Tylenol for a 7 day period and Naproxen for 10 days after complaint. The fall was due to Gwinnett County Jail Shoes breaking!

Signed this 22nd day of April 2020

State Of: Georgia

County Of: Gwinnett

Signiture: Sha
Date: 4-22-20